UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

BRIAN J. TEATOR,

           Plaintiff,

       -v-                                                           3:25-CV-111 (AJB/PJE)

EILEEN A. SHEDROFF,

           Defendant.
_____

**APPEARANCES:**                                            **OF COUNSEL:**

BRIAN J. TEATOR
Plaintiff, Pro Se
984 State Route 79
Windsor, NY 13865

**Hon. Anthony Brindisi, U.S. District Judge:**

## ORDER ON REPORT & RECOMMENDATION

On January 23, 2025, *pro se* plaintiff Brian Teator ("plaintiff") filed this action alleging that defendant Eileen Shedroff ("defendant") violated some order of protection and, among other things, caused damage to his father's home. *See* Dkt. No. 1. Along with his complaint, plaintiff moved for leave to proceed *in forma pauperis* ("IFP Application"). Dkt. No. 2.

On November 17, 2025, U.S. Magistrate Judge Paul J. Evangelista granted plaintiff's IFP Application and, after an initial review, advised by Report & Recommendation ("R&R") that the complaint be dismissed <u>without</u> leave to amend. Dkt. No. 4. There, Judge Evangelista explained that the complaint did not plausibly allege any basis for jurisdiction in federal court. *Id*. Judge Evangelista further explained that in fact, plaintiff's complaint appeared to seek various forms of

relief that a federal court cannot provide. *See id*. Accordingly, Judge Evangelista recommended that plaintiff's complaint be dismissed without prejudice but <u>without</u> leave to amend. *Id*.

Plaintiff has not lodged objections to the R&R, and the time period in which to do so has expired. *See* Dkt. No. 4. Upon review for clear error, the R&R is accepted and will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 4) is ACCEPTED; and

2. Plaintiff's complaint (Dkt. No. 1) is DISMISSED without leave to amend.

The Clerk of the Court is directed to terminate the pending motions, enter a judgment accordingly, and close the file.

**IT IS SO ORDERED.**

Dated: December 8, 2025
       Utica, New York.

Anthony J. Brindisi
U.S. District Judge